## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CYNTHIA HAYES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No.: 16-cv-131 (APM) |
| UNITED STATES OF AMERICA, *et al.*, | ) ) ) |
| Defendants | ) ) |

## NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL

Plaintiff, Cynthia Hayes, and Defendants, the United States of America and Corrections Corporation of America, by and through counsel, hereby notify the Court that they have reached settlement in the above-captioned matter.  Accordingly, the parties stipulate to dismissal of this action, with all parties to bear their own fees and costs.

                    Respectfully submitted,

                    Bond & Norman Law, PC

By:    */s/Jane Carol Norman*
            Jane Carol Norman
            D. C.  Bar No. 384030
            777 Sixth St. NW #410
            Washington, DC 20001
            202-682-4100
            Direct: 202-423-3863
            Fax: 202-207-1041
            Janenorman@bondandnorman.com

        CHANNING D. PHILLIPS, D.C. Bar No. 415793
        United States Attorney

        DANIEL F. VAN HORN, D.C. Bar No. 924092
        Chief, Civil Division

By:    /s/ *Damon Taaffe*
        DAMON TAAFFE, D.C. Bar No. 483874
        Assistant United States Attorney
        555 Fourth Street, N.W.
        Washington, D.C. 20530
        (202) 252-2544
        damon.taaffe@usdoj.gov
        *Attorneys for Defendant United States*


By:    /s/ Anne M. Orcutt
        Daniel P. Struck, Bar No. CO0037
        Anne M. Orcutt, Bar No. OK0011
        STRUCK WIENEKE & LOVE, P.L.C.
        3100 West Ray Road, Suite 300
        Chandler, AZ 85226
        Telephone:  (480) 420-1600
        Facsimile:  (480) 420-1699

        Mariana D. Bravo, Bar No. 473809
        Matthew Berkowitz, Bar No. 974170
        CARR MALONEY, P.C.
        2020 K Street, NW, Suite 850
        Washington, DC 20006
        Telephone: (202) 310-5500
        Facsimile: (202) 310-5555
        *Attorneys for Defendant Corrections Corporation of America*